**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@yahoo.com
Attorneys for Plaintiff/Counterdefendants

**KATHLEEN MAYLIN, #155371**
**TRAVIS RAYMOND, #268543**
**JACKSON LEWIS LLP**
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: 415/394-9400
Facsimile: 415/ 394-9401
Email: Travis.Raymond@jacksonlewis.com
Attorneys for Defendant
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REYES,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>          Defendant.<br>_____<br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT ,<br><br>          Counterclaimant,<br><br>     v.<br><br>MARGARET REYES, RICHARD M. ROGERS, THE LAW OFFICE OF RICHARD M. ROGERS, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>          Counterdefendants. | Case No.: C11-04628 WHA [~~ECF~~]<br><br>Case filed:          09/19/11<br>Counterclaim filed:  11/18/11<br>Case reassigned:     12/06/12<br>Trial date:          TBA<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, [~~PROPOSED~~] ORDER**<br><br>Date:      01/12/12<br>Time:      11:00AM<br>Location:  Courtroom 8, 19th Fl. |

Case No.: C11-04628 WHA [ECF] -- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, ORDER

1  Plaintiff needs a continuance of the Case Management Conference because Plaintiff's
2  counsel has a mediation scheduled for January 12, 2012, and that is double-set with a trial set for
3  January 9, 2012, in the San Francisco Superior Court.
4  The first date convenient for both counsel is January 26, 2012, and the parties stipulate to
5  continuance of the Case Management Conference from January 12, 2012, at 11:00 a.m., to
6  January 26, 2012, at 11:00 a.m.

Respectfully submitted,

Dated: 12-21-11

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 20 December 2012

JACKSON LEWIS

By: _____
KATHLEEN MAYLIN
TRAVIS RAYMOND
Attorneys for Defendant

ORDER

~~It Is So Ordered~~. The case management conference is **CONTINUED to** January 26, 2012, at 3:00 p.m.  A joint case management statement is due by 1/19/2012. **THERE WILL BE NO FURTHER CONTINUANCES. SO ORDERED.**

Dated: December 21, 2011.  By: _____
JUDGE OF THE U.S. DISTRICT COURT



IT IS SO ORDERED AS MODIFIED
Judge William Alsup

Case No.: C11-04628 WHA [ECF] -- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, ORDER