| | |
|---|---|
| 1 | **RICHARD M. ROGERS, #045843** |
|   | **LAW OFFICE OF RICHARD M. ROGERS** |
| 2 | 100 Bush Street, #1980 |
|   | San Francisco, CA  94104 |
| 3 | Telephone:     415/981-9788 |
|   | Facsimile:      415/981-9798 |
| 4 | Email:          RogersRMR@yahoo.com |
|   | Attorneys for Plaintiff/Counterdefendants |
| 5 | |
|   | **KATHLEEN MAYLIN, #155371** |
| 6 | **TRAVIS RAYMOND, #268543** |
|   | **JACKSON LEWIS LLP** |
| 7 | 199 Fremont Street, 10th Floor |
|   | San Francisco, California  94105 |
| 8 | Telephone:     415/394-9400 |
|   | Facsimile:      415/ 394-9401 |
| 9 | Email:          Travis.Raymond@jacksonlewis.com |
|   | Attorneys for Defendant |
| 10 | SAN FRANCISCO UNIFIED SCHOOL DISTRICT |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARET REYES, | ) | Case No.:  C11-04628 WHA [~~ECF~~] |
|  | ) |  |
| Plaintiff, | ) | Case filed:          09/19/11 |
|  | ) | Counterclaim filed:  11/18/11 |
| v. | ) | Case reassigned:     12/06/12 |
|  | ) | Trial date:          TBA |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, | ) |  |
|  | ) |  |
| Defendant. | ) | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, [~~PROPOSED~~] ORDER** |
|  | ) |  |
|  | ) |  |
|  | ) | Date:       01/12/12 |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, | ) | Time:       11:00AM |
|  | ) | Location:   Courtroom 8, 19th Fl. |
| Counterclaimant, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MARGARET REYES, RICHARD M. ROGERS, THE LAW OFFICE OF RICHARD M. ROGERS, AND DOES 1 THROUGH 10, INCLUSIVE, | ) |  |
|  | ) |  |
| Counterdefendants. | ) |  |

Case No.: C11-04628 WHA [ECF] -- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, ORDER

Plaintiff needs a continuance of the Case Management Conference because Plaintiff's counsel has a mediation scheduled for January 12, 2012, and that is double-set with a trial set for January 9, 2012, in the San Francisco Superior Court.

The first date convenient for both counsel is January 26, 2012, and the parties stipulate to continuance of the Case Management Conference from January 12, 2012, at 11:00 a.m., to January 26, 2012, at 11:00 a.m.

Dated: 12-21-11

Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 20 December 2012

JACKSON LEWIS

By: _____
KATHLEEN MAYLIN
TRAVIS RAYMOND
Attorneys for Defendant

ORDER

~~It Is So Ordered~~. The case management conference is **CONTINUED to** January 26, 2012, at 3:00 p.m. A joint case management statement is due by 1/19/2012. **THERE WILL BE NO FURTHER CONTINUANCES. SO ORDERED.**

Dated: December 21, 2011.   By: _____
JUDGE OF THE U.S. DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED — Judge William Alsup*

Case No.: C11-04628 WHA [ECF] -- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, ORDER