**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Margaret Reyes,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>San Francisco Unified School District,<br><br>　　　　Defendant. | Case No.: C-11 - 4628 -YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held by telephone in this action on March 9, 2012.

The Court hereby sets the following trial and pretrial dates:

### PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 6/4/12 at 2:00 p.m. |
| Case previously set for Court Mediation on | 4/5/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 7/27/12 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: 7/2/12<br>Rebuttal: 7/13/12 |
| EXPERT DISCOVERY CUTOFF: | 7/27/12 |
| DISPOSITIVE MOTIONS[1] to be heard by: | 8/28/12 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 9/21/12 |
| PRETRIAL CONFERENCE: | Friday, 10/5/12 at 9:00 a.m. |
| TRIAL DATE: | Monday, 10/22/12 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 7 to 10 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
2  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing
3  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

4  **IT IS SO ORDERED.**

5  Dated :March 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**