UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET REYES,

    Plaintiff,

vs.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT,

    Defendant.

Case No.: C-11-04628-YGR

**ORDER VACATING HEARING ON MOTION FOR PROTECTIVE ORDER**

Pursuant to the Court's instructions at the Case Management Conference on March 9, 2012, the parties have submitted letters to the Court regarding the identity of District personnel who need access to Plaintiff's confidential information in this action. (Dkt. Nos. 46 & 47.) The parties are in agreement regarding four individuals who may have such access. As such, Plaintiff's Motion for Protective Order is now moot. This Order terminates Dkt. No. 28 and the hearing continued to March 27, 2012 is hereby VACATED.

In light of their agreement, the parties are ORDERED to revise the previously-submitted proposed protective order, as appropriate based on their stipulation, and submit a joint request for approval of the revised protective order. The revised protective order should bear the initials YGR immediately after the case number, and should be emailed to YGRpo@cand.uscourts.gov, in addition to being filed on ECF.

**IT IS SO ORDERED.**

Dated: March 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**