UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET REYES,

    Plaintiff,

vs.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT,

    Defendant.

Case No.: 11-cv-04628-YGR

**ORDER REQUIRING PERSONAL APPEARANCE OF COUNSEL TO MEET AND CONFER REGARDING DISCOVERY DISPUTE**

On May 1, 2012, the parties filed a joint letter brief regarding outstanding discovery issues in this action. (Dkt. No. 53.) Lead counsel with the full authority to resolve all discovery disputes for each party are hereby **ORDERED** to personally appear at the Federal Courthouse, 1301 Clay Street, Oakland, California, on Monday, May 7, 2012 at 8:30 a.m. Counsel shall further meet and confer regarding the exchange of relevant discovery, and shall bring with them documents sufficient to show the manner and tenor of communications between the parties with regard to the discovery disputes. The parties shall, upon arrival, inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared and shall inform further inform Ms. Stone when they have concluded their meeting.

**IT IS SO ORDERED.**

Dated: May 2, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**