UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REYES,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: 11-cv-04628-YGR<br><br>**ORDER REGARDING MEET AND CONFER REGARDING DISCOVERY DISPUTE AND SETTING PRE-SUMMARY JUDGMENT MOTION CONFERENCE** |

On May 2, 2012, the Court issued an Order Requiring Personal Appearance of Counsel to Meet and Confer Regarding Discovery Dispute ("Order"). (Dkt. No. 54.) In that Order, counsel for both parties was instructed to personally appear at the Federal Courthouse on Monday, May 7, 2012 at 8:30 a.m. The parties have filed numerous letters with the Court and contacted the Court by telephone to reschedule the date and time on which they must appear. The Court notes that neither side has filed an Administrative Motion for Relief on this issue. *See* Civ. L.R. 7-11. Lead counsel for both parties is hereby **ORDERED** to appear at the Federal Courthouse on Wednesday, May 9, 2012 at 11:00 a.m. At this time, the Court will address the pending discovery issues with the parties *if* they have not already been resolved. The parties shall have met and conferred in person prior to May 9 at 11:00 a.m.

The Court will further hold a pre-summary judgment motion conference at this time. *See* Standing Order in Civil Cases, Section 9(a). On April 26, 2012, Counter-defendants filed a pre-conference letter with the Court seeking leave to file a summary judgment motion. (Dkt. No. 52.) To date, the San Francisco Unified School District has failed to respond despite the Standing Order requirement that a response be filed within three (3) business days. If no response is filed by Monday,

May 7, 2012, the Court will interpret the failure to respond as an admission of good cause for the filing of Counter-defendants' summary judgment motion.

**IT IS SO ORDERED.**

Dated: May 4, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**