UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REYES,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: 11-cv-04628-YGR<br><br>**ORDER REGARDING DISCOVERY DISPUTE (JOINT LETTER BRIEF DATED JUNE 26, 2012)** |

The parties have submitted a joint letter brief regarding a discovery dispute over the deposition of David George. (Dkt. No. 67.) Having reviewed the letter and the parties' positions, the Court **DENIES** Plaintiff's request to take Mr. George's deposition, which would be Plaintiff's eleventh deposition in this action. Plaintiff has failed to show a particularized need for more than ten depositions, as permitted by Fed. R. Civ. P. 30(a)(2)(A).

**IT IS SO ORDERED.**

Dated: June 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**