UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REYES,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: 11-cv-04628-YGR<br><br>**ORDER VACATING PRE-FILING CONFERENCE REGARDING MOTIONS FOR SUMMARY JUDGMENT SCHEDULED FOR JUNE 29, 2012** |

A Pre-Filing Conference regarding motions for summary judgment is scheduled for June 29, 2012 at 10:00 a.m. Based on the parties' submissions (Dkt. Nos. 63 & 64) and the previous discussions with the Court, leave to file a motion for summary judgment and/or cross-motions on the Complaint is **GRANTED**. The June 29, 2012 conference is hereby **VACATED**.

The parties shall file their motion(s) according to the rules set forth in the Court's Standing Order in Civil Cases, and are advised to check the Court's website for the most updated version.

**IT IS SO ORDERED.**

Dated: June 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**