Kathleen Maylin (SBN 155371)
Travis Raymond (SBN 268543)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant and Counterclaimant
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REYES,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br><hr>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Counterclaimant,<br><br>v.<br><br>MARGARET REYES, RICHARD M. ROGERS, THE LAW OFFICE OF RICHARD M. ROGERS, and DOES 1-10, inclusive,<br><br>    Counterdefendants. | Case No. CV 11-04628 ~~NC~~ YGR<br><br>**JOINT ~~PROPOSED~~ BRIEFING/HEARING SCHEDULE RE MOTIONS FOR SUMMARY JUDGMENT OF THE COUNTERCLAIM**<br><br>Complaint Filed: September 19, 2011 |

Pursuant to the Court's order (Document 61) on May 9, 2012, the parties hereby submit a proposed briefing schedule regarding Motions for Summary Judgment of the Counterclaim:

1

Case No. CV 11-04628 NC

1 | Simultaneous 7 page opening briefs filed no later than July 10, 2012;
2 | 3 page rebuttal briefs filed no later than July 17, 2012;
3 | Hearing on Motions for Summary Judgment of Counterclaim on July 31, 2012.

Respectfully submitted,

Date: June 29, 2012                    JACKSON LEWIS LLP


By: ___/s/ Kathleen Maylin_____
    Kathleen Maylin
    Travis Raymond
    Attorneys for Defendant
    SAN FRANCISCO UNIFIED SCHOOL
    DISTRICT


Date: June 29, 2012                    LAW OFFICE OF RICHARD ROGERS


By:__      ___/s/ Richard Rogers_____
    Richard Rogers
    Attorney for Plaintiff and Counterdefendants

4851-2616-9615, v. 1

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
July 3, 2012
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)