Kathleen Maylin (SBN 155371)
Travis Raymond (SBN 268543)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone:   (415) 394-9400
Facsimile:   (415) 394-9401

Attorneys for Defendant and Counterclaimant
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REYES,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. CV 11-04628 ~~NC~~ YGR<br><br>**JOINT ~~PROPOSED~~ BRIEFING/HEARING SCHEDULE RE MOTIONS FOR SUMMARY JUDGMENT OF THE COUNTERCLAIM**<br><br>Complaint Filed:   September 19, 2011 |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Counterclaimant,<br><br>v.<br><br>MARGARET REYES, RICHARD M. ROGERS, THE LAW OFFICE OF RICHARD M. ROGERS, and DOES 1-10, inclusive,<br><br>    Counterdefendants. | |

Pursuant to the Court's order (Document 61) on May 9, 2012, the parties hereby submit a proposed briefing schedule regarding Motions for Summary Judgment of the Counterclaim:

1    Simultaneous 7 page opening briefs filed no later than July 10, 2012;

2    3 page rebuttal briefs filed no later than July 17, 2012;

3    Hearing on Motions for Summary Judgment of Counterclaim on July 31, 2012.

4                                         Respectfully submitted,

5    Date: June 29, 2012                  JACKSON LEWIS LLP

7                                         By: ___/s/ Kathleen Maylin_____
                                              Kathleen Maylin
8                                             Travis Raymond
                                              Attorneys for Defendant
9                                             SAN FRANCISCO UNIFIED SCHOOL
                                              DISTRICT

11   Date: June 29, 2012                  LAW OFFICE OF RICHARD ROGERS

13                                        By:__ _____/s/ Richard Rogers_____
                                              Richard Rogers
14                                            Attorney for Plaintiff and Counterdefendants

16   4851-2616-9615, v. 1

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

July 3, 2012