UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REYES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No.: 11-cv-04628-YGR<br><br>**ORDER DENYING JOINT PROPOSED BRIEFING AND HEARING SCHEDULE RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S COMPLAINT** |

　　　　The joint schedule proposed by the parties (Dkt. No. 74) is hereby **DENIED** for failure to comply with the Court's Standing Order in Civil Cases. *See* Section 3. The parties shall re-submit a proposed schedule in accordance with the Standing Order.

　　　　**IT IS SO ORDERED.**

Dated: July 11, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**