UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REYES,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: 11-cv-04628-YGR<br><br>**ORDER REGARDING DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE A MOTION FOR RECONSIDERATION** |

On August 20, 2012, Defendant filed a Motion for Leave of Court to File a Motion for Reconsideration of the Court's Order Denying Plaintiff's Motion to File Under Seal Deposition Transcripts and Documents in Opposition to Defendant's Motion for Summary Judgment ("Motion for Leave"). (Dkt. No. 142.) The Court considers Defendant's Motion for Leave to be its Motion for Reconsideration (hereinafter, "Motion").

As to the Mike Quinn email, Plaintiff shall file a response to Defendant's Motion, not to exceed three pages, regarding whether the attorney-client privilege exists and/or has been waived. Plaintiff shall file this brief by noon on Friday, August 24, 2012. Defendant shall file a reply brief, not to exceed three pages, by noon on Monday, August 27, 2012.

The Court hereby **STAYS** the portion of its Order at Dkt. No. 141 (Order Denying Plaintiff's Motion to File Under Seal Deposition Transcripts and Documents in Opposition to Defendant's Motion for Summary Judgment ("Order")) as to the Mike Quinn email pending resolution of the attorney-client privilege issue raised by Defendant. Plaintiff is directed to publicly-file the deposition transcripts addressed in the Order (and which are not at issue in Defendant's Motion) by no later than Wednesday, August 22, 2012.

The Court will address these issues at the summary judgment hearing on August 28, 2012 at 2:00 p.m. The Court hereby **VACATES** the hearing date of September 4, 2012 set by Defendant for the Motion for Leave.

**IT IS SO ORDERED.**

Dated: August 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**