UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REYES,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: 11-cv-04628-YGR<br><br>**ORDER REGARDING PRETRIAL FILINGS** |

The Court has received the letters of Defendant's counsel and Plaintiff's counsel's Secretary, who has responded on behalf of Plaintiff's counsel because he is out of the country. The Court hereby **ORDERS** that the parties' pre-trial filings due under the Court's Pretrial Instructions in Civil Cases shall be filed no later than September 28, 2012. The Joint Trial Readiness Binder, Motions *in Limine* Binder, and all required electronic copies of trial documents shall be delivered (or emailed, as applicable) to Chambers on Monday, October 1, 2012 by noon. The Court requests two copies of each binder.

**IT IS SO ORDERED.**

Dated: August 31, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE